# UNITED STATES DISTRICT COURT

2025 DEC 19 P 12:00

# DISTRICT OF NEW JERSEY — NEWARK VICINAGE

**Kaitron Bryant,**
Plaintiff,

v.

**Malik Myers and New York Film Academy,**
Defendants.

Case No. **2:25-cv-16688**
(E. Padin, J.)
(A. M. Espinosa, M.J.)

---

## DEFENDANT MALIK MYERS'S OPPOSITION TO PLAINTIFF'S EMERGENT MOTION FOR ALTERNATE SERVICE AND NOTICE OF PLAINTIFF'S CONTINUING RETALIATORY CONDUCT AND FALSE DMCA TAKEDOWN DURING PENDENCY OF LITIGATION

---

### PRELIMINARY STATEMENT

Defendant Malik Myers, appearing **pro se**, respectfully submits this filing in opposition to Plaintiff Kaitron Bryant's Emergent Motion for Alternate Service (D.E. 29), and to place on the record Plaintiff's most recent instance of retaliatory conduct—namely, a **false DMCA takedown submitted to IMDb on December 18, 2025**, while this action remains pending.

This filing is narrowly tailored. Defendant does **not** ask the Court to order a criminal investigation or to adjudicate copyright ownership in the context of the DMCA process. Instead, Defendant submits this opposition and notice to (1) demonstrate that Plaintiff's motion is procedurally unnecessary and inequitable, and (2) preserve an accurate record of Plaintiff's conduct during litigation, including conduct that bears directly on Plaintiff's credibility, motive, and good faith.

---

## I. OPPOSITION TO PLAINTIFF'S EMERGENT MOTION FOR ALTERNATE SERVICE

Plaintiff's motion for alternate service should be denied for the following reasons:

1. **Plaintiff has not exhausted ordinary service methods in good faith.**
   The record reflects repeated procedural defects in Plaintiff's service attempts, fraudulent service certificates, including filings previously rejected or denied by the Court. The mere passage of time—particularly where delay is attributable to Plaintiff's own defective service efforts—does not justify emergent relief.

2. **No exigent circumstances exist.**
   Plaintiff's motion identifies no imminent prejudice, statute-of-limitations risk, or other emergency that would warrant extraordinary service measures. The case remains in its early procedural posture, and Plaintiff still has time under Rule 4(m) to effect proper service.

3. **Equitable relief is inappropriate given Plaintiff's ongoing misconduct.**
   Plaintiff seeks equitable accommodation from the Court while simultaneously engaging in conduct outside this Court designed to harass, intimidate, and economically harm Defendant. Courts routinely consider a movant's good faith when evaluating requests for discretionary procedural relief.

For these reasons, Plaintiff's Emergent Motion for Alternate Service should be denied.

---

## II. NOTICE OF CONTINUING RETALIATORY CONDUCT DURING LITIGATION

Defendant provides the following notice solely to ensure the Court has a complete and accurate record of events occurring during the pendency of this action.

**A. December 18, 2025 False DMCA Takedown**

On December 18, 2025, Plaintiff submitted a DMCA takedown notice to IMDb resulting in the removal of a trailer for the jointly owned film *For Lila* from Defendant's IMDb profile. IMDb confirmed the removal to Defendant the today.

This takedown was **materially misleading** for the following reasons:

- Plaintiff holds **only a copyright registration for the underlying script**, not the audiovisual work.
- The audiovisual footage is **jointly owned** pursuant to written agreements between the parties.
- The **Copyright Claims Board dismissed Plaintiff's identical infringement claim** in *Bryant v. Myers*, **CCB Claim No. 25-CCB-0397 (Order dated Sept. 30, 2025)**, expressly holding that co-owners cannot infringe one another and that the claim "cannot prevail."
- Plaintiff omitted this dismissal when submitting the takedown.

Defendant has submitted a DMCA counter-notice asserting lawful co-ownership and referencing the CCB dismissal.

**B. Relevance to This Case**

Defendant submits this notice not to relitigate copyright ownership, but because the takedown:

- Occurred **during active federal litigation**;
- Was submitted **after Plaintiff admitted in writing that this lawsuit was filed in retaliation for Defendant's TRO**;
- Contradicts Plaintiff's repeated private claims of legal counsel while Plaintiff continues to appear **pro se** before this Court; and
- Demonstrates a continuing pattern of using legal and quasi-legal mechanisms to harass and intimidate Defendant outside judicial oversight.

This conduct bears directly on Plaintiff's credibility, motive, and good-faith use of judicial process.

---

## III. NO REQUEST FOR RELIEF BEYOND RECORD PRESERVATION

Defendant does **not** request that the Court order a criminal investigation, adjudicate the DMCA dispute, or impose sanctions at this time. This filing is submitted:

- To oppose Plaintiff's pending procedural motion; and
- To preserve a contemporaneous record of Plaintiff's conduct during litigation for any future proceedings the Court deems appropriate.

---

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that:

1. Plaintiff's Emergent Motion for Alternate Service be **DENIED**; and

2. This Notice of Continuing Retaliatory Conduct be **accepted for the record.**

Respectfully submitted,

Dated: December 19, 2025

Malik Myers
Defendant, Pro Se

Gmail

Compose

Inbox
Starred
Snoozed
Important
Sent
Scheduled
Drafts
Purchases
Social
Updates
Forums
Promotions
More

Labels

## Continued Unauthorized Alteration and Posting of Copyrighted Trailer – For Lila

Summarize this email

**Tron**

to support-imdb, IMDb, me, [illegible]

I am notifying IMDb of continued unauthorized use and alteration of copyrighted material related to the film For Lila, which remains publicly posted on IMDb.

The uploader, Malik Myers, has posted and/or modified an altered trailer derived from my copyrighted work without authorization, following prior notice and in direct conflict with representations he previously made in DMCA-related and court submissions.

IMDb Page:
[illegible]

Notably, in prior court submissions and related statements, Mr. Myers affirmatively acknowledged that he does not own the underlying copyright and that his involvement with the project was limited, contradicting later claims of ownership and sole creative authority. Despite those admissions, he has continued to publicly post and modify derivative material.

This conduct occurred after notice and demonstrates ongoing unauthorized use based on material misrepresentations previously submitted to justify continued posting.

For efficiency, I have attached only the most directly relevant exhibits.

These exhibits establish:

1. My ownership of the underlying copyrighted work

2. Prior notice and admissions by the uploader providing evidence of his false DMCA claims he has ownership rights and false allegations of being the sole director and editor.

3. Continued public posting and alteration after notice

Malik Myers states below are from a previous case of statements he made under oath.

This matter is now under Federal court review.
Case No. [illegible]

I maintain a complete evidentiary record and can provide additional materials upon request. Please review the attached exhibits and take appropriate action consistent with IMDb's content and copyright policies.

Please note that screen captures, timestamped recordings, and related evidence of the currently posted infringing material are being preserved and submitted to the Federal court record in connection with the above-referenced case for review.

Thank you for your attention to this matter.
All relevant parties are CC'd.

Kind regards,
Katron Bryant
Creation Productions.

Gmail

IMDb.com: Notice of copyrighted content removal

**IMDb Copyright Support**

Hello,

We are contacting you because we received a report of copyright infringement from the following rights owner and have removed the content listed below.

– Copyright owner: Kastron Bryant ([illegible])
– https://www.imdb.com/video/vi41[illegible]




Do not re-upload this content. If you believe this notice was sent in error, you may send a complete and valid counter-notice under 17 U.S.C. 512(g)(3) to [illegible]

If you wish to request that IMDb remove any other content that you have uploaded, please paste the exact URL (web address) of each image/video into an email requesting deletion addressed to copyright@imdb.com

IMDb takes allegations of intellectual property infringement seriously and terminates the accounts of repeat infringers in appropriate circumstances. Please review IMDb's Condition of Use ([illegible]) and IMDbPro's Subscriber Agreement ([illegible]) and ensure that content you upload does not infringe the rights of others.